UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Yvonne D. Erdman,          Case No. 21−25828−gmh
         Debtor.          Chapter 13

## NOTICE REQUIRING FILING OF CREDIT COUNSELING CERTIFICATE

The Debtor filed a chapter 13 petition on November 8, 2021 and on Part 5 of the Petition, checked the box stating that the Debtor had received a briefing from a credit counseling agency, but did not have the certificate from the credit counseling agency.

**If the Debtor fails to file the certificate from the credit counseling agency on or before November 22, 2021, this case is subject to immediate dismissal.**

This Notice is in addition to any other Orders or Notices of Deficiency in the Debtor's case.

You should discuss this Notice with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information concerning the Pro Se Bankruptcy Help Desk for those who do not have an attorney.

Dated: November 8, 2021          **JANET L. MEDLOCK**
         Clerk of Court

         By:   Jennifer M.
         Deputy Clerk