THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    Chief United States Bankruptcy Judge

DATED:   November 8, 2021



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Yvonne D. Erdman,                       Case No. 21−25828−gmh
                      Debtor.                       Chapter 13

### ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

Upon consideration of the Debtor's Application to Pay the Filing Fee in Installments, it is Ordered:

1. The entire balance of the filing fee, which the Court's records show is $**313.00**, must be paid on or before **December 8, 2021**. The entire fee must be <u>received</u> by the Clerk, U.S. Bankruptcy Court by the deadline or this case will be dismissed without further hearing. <u>If the Debtor needs more time to pay the filing fee, the Debtor must file a written motion for extension of time prior to the deadline, and should pay as much of the fee as possible along with the motion for more time</u>.

2. Until the filing fee is paid, the Debtor is not required to make a Chapter 13 Plan payment.

3. The filing fee must be paid in full before the Debtor or Chapter 13 trustee make any payments to an attorney or other professional.

4. The entire fee shall be paid via money order or cashier's check payable to the Clerk, U.S. Bankruptcy Court. The Clerk's address is Clerk, U.S. Bankruptcy Court, 517 East Wisconsin Avenue, Room 126, Milwaukee, WI 53202. (Note: The Clerk does not accept personal checks or credit or debit cards from debtors.) Debtors who are represented by counsel should contact their attorney to arrange for payment of the filing fee.

5. If this case is dismissed for failure to pay the filing fee, the Court will not grant a fee waiver or installment fee application in any future case the Debtor may file. Filing fees for any future cases will be due, in full, with the petition or no more than 14 days after the petition. Repeated filing and dismissal of cases for failure to pay the fee may result in the Court barring the Debtor from filing future bankruptcy cases.

#####