United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 21-25828-gmh |
| Yvonne D. Erdman | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 1 |
| Date Rcvd: Nov 08, 2021 | Form ID: ntcdefcc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne D. Erdman, 6309 West Spokane Street, Milwaukee, WI 53223-5436 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Scott Lieske | ecf@chapter13milwaukee.com   mgwi_ecf@trustee13.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Yvonne D. Erdman,                                    Case No. 21−25828−gmh
                        Debtor.                                Chapter 13

## NOTICE REQUIRING FILING OF CREDIT COUNSELING CERTIFICATE

The Debtor filed a chapter 13 petition on November 8, 2021 and on Part 5 of the Petition, checked the box stating that the Debtor had received a briefing from a credit counseling agency, but did not have the certificate from the credit counseling agency.

**If the Debtor fails to file the certificate from the credit counseling agency on or before November 22, 2021, this case is subject to immediate dismissal.**

This Notice is in addition to any other Orders or Notices of Deficiency in the Debtor's case.

You should discuss this Notice with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information concerning the Pro Se Bankruptcy Help Desk for those who do not have an attorney.

Dated: November 8, 2021                           **JANET L. MEDLOCK**
                                                  Clerk of Court

                                                  By:   Jennifer M.
                                                        Deputy Clerk