United States Bankruptcy Court
Eastern District of Wisconsin

In re:                      Case No. 21-25828-gmh
Yvonne D. Erdman      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2        User: adkt        Page 1 of 1
Date Rcvd: Nov 08, 2021      Form ID: pdfhrg      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

**Recip ID**         **Recipient Name and Address**
db               +   Yvonne D. Erdman, 6309 West Spokane Street, Milwaukee, WI 53223-5436

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

**Name**            **Email Address**
Office of the U. S. Trustee
      ustpregion11.mi.ecf@usdoj.gov

Scott Lieske
      ecf@chapter13milwaukee.com   mgwi_ecf@trustee13.com

TOTAL: 2

THE FOLLOWING ORDER  
IS APPROVED AND ENTERED  
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger  
    Chief United States Bankruptcy Judge

DATED:   November 8, 2021



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Yvonne D. Erdman,               Case No. 21−25828−gmh  
                           Debtor.                       Chapter 13

### ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

Upon consideration of the Debtor's Application to Pay the Filing Fee in Installments, it is Ordered:

1. The entire balance of the filing fee, which the Court's records show is $**313.00**, must be paid on or before **December 8, 2021**. The entire fee must be <u>received</u> by the Clerk, U.S. Bankruptcy Court by the deadline or this case will be dismissed without further hearing. <u>If the Debtor needs more time to pay the filing fee, the Debtor must file a written motion for extension of time prior to the deadline, and should pay as much of the fee as possible along with the motion for more time</u>.

2. Until the filing fee is paid, the Debtor is not required to make a Chapter 13 Plan payment.

3. The filing fee must be paid in full before the Debtor or Chapter 13 trustee make any payments to an attorney or other professional.

4. The entire fee shall be paid via money order or cashier's check payable to the Clerk, U.S. Bankruptcy Court. The Clerk's address is Clerk, U.S. Bankruptcy Court, 517 East Wisconsin Avenue, Room 126, Milwaukee, WI 53202. (Note: The Clerk does not accept personal checks or credit or debit cards from debtors.) Debtors who are represented by counsel should contact their attorney to arrange for payment of the filing fee.

5. If this case is dismissed for failure to pay the filing fee, the Court will not grant a fee waiver or installment fee application in any future case the Debtor may file. Filing fees for any future cases will be due, in full, with the petition or no more than 14 days after the petition. Repeated filing and dismissal of cases for failure to pay the fee may result in the Court barring the Debtor from filing future bankruptcy cases.

#####