So Ordered.

Dated: November 23, 2021



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Yvonne D. Erdman,         Case No. 21−25828−gmh
            Debtor.                Chapter 13

## ORDER DISMISSING CASE

    The Debtor filed this case without filing a Certificate of Counseling showing that the Debtor had obtained the pre−filing credit briefing required by Bankruptcy Code § 109(h). Due notice was given to the Debtor of this deficiency, and the Debtor failed to file the required certificate.

    The Court therefore ORDERS that this bankruptcy case is DISMISSED, effective immediately. The Debtor may file a new case, but before doing so, the Debtor must obtain a pre−filing credit briefing or otherwise comply with the credit counseling requirements.

#####