United States Bankruptcy Court
Eastern District of Wisconsin

In re:                                                               Case No. 21-25828-gmh
Yvonne D. Erdman                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2                            User: adkt                                  Page 1 of 1
Date Rcvd: Nov 24, 2021                   Form ID: pdfhrg                          Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne D. Erdman, 6309 West Spokane Street, Milwaukee, WI 53223-5436 |
| 11656916 | + | PHH, PO Box 5452, Mount Laurel NJ 08054-5452 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 11662373 | + Email/PDF: cbp@onemainfinancial.com | Nov 24 2021 23:05:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021                         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Scott Lieske | ecf@chapter13milwaukee.com   mgwi_ecf@trustee13.com |

TOTAL: 2

So Ordered.

Dated: November 23, 2021



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:  Yvonne D. Erdman,      Case No. 21−25828−gmh  
            Debtor.     Chapter 13

## ORDER DISMISSING CASE

   The Debtor filed this case without filing a Certificate of Counseling showing that the Debtor had obtained the pre−filing credit briefing required by Bankruptcy Code § 109(h). Due notice was given to the Debtor of this deficiency, and the Debtor failed to file the required certificate.

   The Court therefore ORDERS that this bankruptcy case is DISMISSED, effective immediately. The Debtor may file a new case, but before doing so, the Debtor must obtain a pre−filing credit briefing or otherwise comply with the credit counseling requirements.

#####