**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)**

| | | |
|---|---|---|
| In re | ) | Case No.: 21-25828-gmh |
| Yvonne D. Erdman | ) | |
| | ) | Chapter: 13 |
| | ) | |
| Debtor | ) | Judge: G. Michael Halfenger |

**ORDER GRANTING RELIEF BY ANNULLING THE AUTOMATIC STAY**

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5 (the "Movant") filed a motion for relief by annulling the automatic stay to exercise its rights and remedies with respect to the Debtor's property located at 6309 W Spokane St, Milwaukee, WI 53223 (the "Property"). Due and proper notice of the motion was given and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the automatic stay.

IT IS HEREBY ORDERED: the stay of 11 U.S.C. §362 is modified by annulling said stay to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable non-bankruptcy law.

IT IS FURTHER ORDERED: all other relief requested in the Motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####