So Ordered.

Dated: January 12, 2022



G. Michael Halfenger  
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)**

| | | |
|---|---|---|
| In re | ) | Case No.: 21-25828-gmh |
| Yvonne D. Erdman | ) | |
| | ) | Chapter: 13 |
| | ) | |
| Debtor | ) | Judge: G. Michael Halfenger |

**ORDER**

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R5 (the "Movant") filed a motion seeking to annul the automatic stay with respect to the sheriff's sale conducted by the Milwaukee County Sheriff's Department at approximately 10:30 a.m. on November 8, 2021, for the sale of the Debtor's property located at 6309 W Spokane St, Milwaukee, WI 53223 (the "Sheriff's Sale"). No objections were filed. The facts recited in the motion demonstrate that cause exists to grant the Movant's request to annul the automatic stay.

IT IS HEREBY ORDERED: the stay of 11 U.S.C. §362 is annulled with respect to the Sheriff's Sale.

IT IS FURTHER ORDERED: all other relief requested in the Motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####